**Marvin Beeachie GARNER, Petitioner–Appellant,**

v.

**The State of MARYLAND, Respondent–Appellee.**

No. 01–7232.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 12, 2001.

Decided Dec. 20, 2001.

Marvin Beeachie Garner, Pro Se. John Joseph Curran, Jr., Attorney General, Celia Anderson Davis, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellee.

Before LUTTIG and DIANA GRIBBON MOTZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Marvin Beeachie Garner seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2241 (West 1994 & Supp.2001), construed by the district court as being filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Garner v. Maryland,* No. CA–01–517–CCB (D.Md. July 6, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*